AO 10
Rev. 1/2017

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Leval, Pierre N. | U.S. Court of Appeals, 2nd Cir | 08/01/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Senior Circuit Judge | ☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br>5b. ☐ Amended Report | 1/1/2018<br>to<br>12/31/2018 |

**7. Chambers or Office Address**

40 Foley Square Rm 1901
New York, NY 10007

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Council member - Emeritus | The American Law Institute |
| 2. | Trustee, Executor | Family members |
| 3. | Member - Photography Committee | Museum of Modern Art |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 5/8/2018 | William & Mary Law School | $1,000.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. Jan.-Dec. | State St. Cultural Inst. Pension Plan - pension |
| 2. 1/20/2018 | Blanchette H. Rockefeller Trust - fee |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Law Institute | 1/18/2018 | Philadelphia, PA | Conference | Travel/hotel |
| 2. | " " | 3/9/2018 | " " | " " | " " |
| 3. | William & Mary Law School | 5/10/2018 | Williamsburg, VA | Teach | Travel/hotel |
| 4. | Yale Law School | 5/14/2018 | New Haven, CT | Lecture | Travel |
| 5. | Harvard Law School | 5/18/2018 | Cambridge, MA | Lecture | Travel/hotel |

| Name of Person Reporting | Date of Report |
|---|---|
| Leval, Pierre N. | 08/01/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Leval, Pierre N. | 08/01/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Abbot Labs (common stock)(self & spouse) | E | Dividend | P1 | T | | | | | |
| 2. Abbvie Inc. (common stock) (self/spouse) | E | Dividend | P1 | T | | | | | |
| 3. Exxon Mobil (common) | D | Dividend | N | T | | | | | |
| 4. MRO | A | Dividend | J | T | | | | | |
| 5. Daimler Chrysler (common) | A | Dividend | J | T | | | | | |
| 6. FMC Money Mkt (self & spouse) (Dreyfus) | A | Interest | J | T | | | | | |
| 7. FMC Select Fund (common) (self & spouse) (see ** Pt. VIII) | G | Dividend | | | Sold | 01/29/18 | P1 | G | |
| 8. Hershey (common)(s) | C | Dividend | M | T | | | | | |
| 9. Gen. American Inv. (common) (GAM) (s) | E | Dividend | N | T | | | | | |
| 10. Chase Bank (acccount) (s) | A | Interest | J | T | | | | | |
| 11. Chase Bank (acccount) (self) | | None | L | T | | | | | |
| 12. Citibank account | | None | J | T | | | | | |
| 13. Art Works | | None | M | W | | | | | |
| 14. Chase bank account (trust) | | None | J | T | | | | | |
| 15. Vanguard GNMA Fixed Income Fund (self + spouse) | B | Interest | M | T | Buy | 10/04/18 | M | | |
| 16. Vanguard GNMA Fixed Income Fund (trust) | B | Interest | L | T | | | | | |
| 17. FHKCX | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Leval, Pierre N. | 08/01/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. FEMKX | A | Dividend | J | T | | | | | |
| 19. FXAIX (symbol changed from FUSVX) | D | Dividend | M | T | | | | | |
| 20. FLGEX | A | Dividend | J | T | | | | | |
| 21. HGOAX (symbol changed from HGOCX) | B | Dividend | K | T | | | | | |
| 22. IHSAX | | None | K | T | | | | | |
| 23. HNSAX (symbol changed from HNSCX) | A | Dividend | J | T | | | | | |
| 24. IHOAX (symbol changed from HIOCX) | A | Dividend | J | T | | | | | |
| 25. ITHAX (symbol changed from HCACX) | C | Dividend | K | T | | | | | |
| 26. IGNAX (symbol changed from IGNCX) | | None | J | T | | | | | |
| 27. VTRIX | A | Dividend | J | T | | | | | |
| 28. FNYXX | A | Interest | J | T | | | | | |
| 29. VDIGX | D | Dividend | N | T | | | | | |
| 30. CENT Puget Sound 4.750 2/1/28 | A | Interest | M | T | Buy | 04/11/18 | L | | |
| 31. CENT Puget Sound 4.750 2/1/28 (see * Pt. VIII) | | | | | Buy (add'l) | 10/05/18 | L | | |
| 32. Jacksonville 5.375 8/15/23 | D | Interest | M | T | | | | | |
| 33. Detroit Mich Water 5.75 7/1/24 | B | Interest | | | Redeemed | 10/09/18 | M | | |
| 34. Detroit Mich Sewer 5.250 7/1/24 | B | Interest | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Leval, Pierre N. | 08/01/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Detroit Water 5.75 7/1/26 | C | Interest | | | Redeemed | 10/09/18 | L | | |
| 36. Guam Pwr Bond 5.0 10/1/26 | B | Interest | K | T | | | | | |
| 37. Guam Arpt Bond 5.00 10/1/23 | B | Interest | L | T | | | | | |
| 38. Guam Pwr 5.00 10/1/23 | B | Interest | K | T | | | | | |
| 39. Guam Pwr 5.00 10/1/24 | B | Interest | M | T | Buy | 10/15/18 | M | | |
| 40. Guam Pwr 5.00 10/01/34 | B | Interest | K | T | | | | | |
| 41. Guam Pwr 5.00 10/01/30 | B | Interest | N | T | Buy | 10/15/18 | N | | |
| 42. Monroe 5.75 bond 8/15/30 | D | Interest | N | T | | | | | |
| 43. Monroe 5.75 bond 2035 8/15/35 | C | Interest | L | T | | | | | |
| 44. E. Rochester 5.00 8/15/27 | C | Interest | | | Redeemed | 04/20/18 | L | | |
| 45. E. Rochester 5.00 4/20/27 | C | Interest | L | T | | | | | |
| 46. Kentucky 6.0 bond 10/1/19 | B | Interest | | | Redeemed | 10/29/18 | K | | |
| 47. Michigan Hosp. bond 5.25 5/15/26 | B | Interest | K | T | Redeemed (part) | 05/15/18 | J | | |
| 48. Mississippi Dev. 6.75 12/1/33 | D | Interest | M | T | | | | | |
| 49. Mississippi Hosp. bond 5.00 8/1/22 | B | Interest | K | T | Redeemed (part) | 08/01/18 | K | | |
| 50. NY Dorm 6.50 8/15/30 | B | Interest | | | Sold | 12/21/18 | K | | |
| 51. NY Dorm 6.25 8/15/34 | C | Interest | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Leval, Pierre N. | 08/01/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.   NY Dorm 5.0 10/1/26 | C | Interest | L | T | | | | | |
| 53.   NY Dorm 5.0 7/1/24 | B | Interest | K | T | | | | | |
| 54.   NY Dorm 5.0 10/1/30 | B | Interest | K | T | | | | | |
| 55.   NY Dorm 5.0 10/1/28 | B | Interest | K | T | | | | | |
| 56.   NYS Dorm 5.00 10/01/32 | B | Interest | L | T | | | | | |
| 57.   NYS Dorm 5.75 02/15/20 | B | Interest | K | T | | | | | |
| 58.   NY Dorm 2.125 callable 7/1/21 | | None | L | T | Buy | 10/19/18 | L | | |
| 59.   Penn 2.50 callable 10/1/20 | | None | L | T | Buy | 10/24/18 | L | | |
| 60.   PR 5.375 7/1/25 | D | Interest | M | T | | | | | |
| 61.   PR 5.5 7/1/19 | D | Interest | M | T | | | | | |
| 62.   PR HSG 5.125 12/1/27 | C | Interest | M | T | Buy (add'l) | 10/15/18 | L | | |
| 63.   PR 4.65 12/01/23 | C | Interest | M | T | | | | | |
| 64.   Puerto Rico bond 4.95 7/1/26 | C | Interest | M | T | | | | | |
| 65.   Puerto Rico Comm. 5.5 7/1/20 | B | Interest | K | T | | | | | |
| 66.   PR HSG 4.60 12/1/24 | B | Interest | L | T | Buy | 10/15/18 | L | | |
| 67.   Puerto Rico Pub Fin 6.00 8/1/26 | B | Interest | | | Sold | 12/21/18 | K | | |
| 68.   Puerto Rico 5.25 7/1/22 | C | Interest | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Leval, Pierre N. | 08/01/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code I (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Suffolk 5.00 2/1/26 | A | Interest | K | T | Buy | 07/01/18 | K | | |
| 70. Suffolk 5.00 10/15/23 | C | Interest | M | T | | | | | |
| 71. Virgin I bond 5.0 10/1/28 | B | Interest | K | T | | | | | |
| 72. Virgin I Pub Fin bond 4.0 10/1/22 | C | Interest | K | T | Redeemed (part) | 10/01/18 | K | | |
| 73. Virgin I Pub Fin 5.0 10/1/27 | C | Interest | M | T | | | | | |
| 74. Virgin I Pub Fin 5.25 10/1/24 | D | Interest | M | T | | | | | |
| 75. NY Util. Debt 5.0 12/15/32 | B | Interest | K | T | | | | | |
| 76. NY Util. Debt 5.0 12/15/36 | B | Interest | K | T | | | | | |
| 77. UTIL 5.00 12/15/29 | B | Interest | M | T | Buy | 10/18/18 | M | | |
| 78. UTIL 5.00 12/15/30 | B | Interest | L | T | Buy | 04/18/18 | L | | |
| 79. UTIL 5.00 12/15/27 | B | Interest | M | T | Buy | 10/15/18 | M | | |
| 80. CENT Puget 4.75 2/1/28 (s) | B | Interest | L | T | Buy | 01/11/18 | K | | |
| 81. CENT Puget 4.75 2/1/28 (s) (see * Pt. VIII) | | | | | Buy (add'l) | 10/05/18 | K | | |
| 82. Bd. Man. Guadalupe bond 5.375 8/15/27 - spouse | C | Interest | | | Redeemed | 08/15/18 | L | | |
| 83. Detroit Water 5.75 7/1/25 - spouse | C | Interest | | | Redeemed | 10/09/18 | L | | |
| 84. Guam Arpt. Bond 5.00 10/1/23 (spouse) | B | Interest | L | T | | | | | |
| 85. Guam Pwr Bond 5.00 10/1/23 (Spouse) | B | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Leval, Pierre N. | 08/01/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Guam Pwr 5.00 10/1/24 (s) | | None | M | T | Buy | 10/15/18 | M | | |
| 87. Monroe Cty 5.75 2035 (spouse) | D | Interest | M | T | | | | | |
| 88. Monroe Bond 5.75 8/15/30 (Spouse) | C | Interest | L | T | | | | | |
| 89. Monroe 5.00 6/1/24 (s) | B | Interest | L | T | Buy | 07/16/18 | L | | |
| 90. NY Dorm 6.25 8/15/34 spouse | B | Interest | K | T | | | | | |
| 91. NYS Dorm 5.0 10/1/26 - spouse | B | Interest | L | T | | | | | |
| 92. NYS Dorm 6.5 8/15/30 spouse | B | Interest | K | T | | | | | |
| 93. NYS Dorm 5.0 7/1/'24 spouse | B | Interest | K | T | | | | | |
| 94. NY Dorm 5.00 3/15/31 (s) | B | Interest | L | T | Buy | 08/16/18 | L | | |
| 95. NYS Dorm (spouse) 5.75 02/15/20 (see *** Pt. VIII) | B | Interest | K | T | | | | | |
| 96. NYS Urban Bond 5.00 3/15/26 (Spouse) | B | Interest | L | T | | | | | |
| 97. NY Twy 5.0 1/1/33 | B | Interest | K | T | | | | | |
| 98. Penn 2.50 call 10/1/20 | A | Interest | K | T | Buy | 10/25/18 | K | | |
| 99. Puerto Rico (spouse) 6.0% 7/1/18 Bond | C | Interest | | | Redeemed | 07/02/18 | L | | |
| 100. Puerto Rico (spouse) 4.95% 7/1/26 Bond | B | Interest | M | T | Buy (add'l) | 10/15/18 | L | | |
| 101. P.R. HSG 5.125 12/1/27 (s) | B | Interest | L | T | Buy | 10/15/18 | L | | |
| 102. P.R. HSG 4.65 12/1/23 (s) | B | Interest | L | T | Buy | 10/05/18 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Puerto Rico Pub Fin (spouse) 5.125 6/1/24 | C | Interest | L | T | | | | | |
| 104. PR (spouse) 5.00 07/01/28 | B | Interest | L | T | | | | | |
| 105. Virgin I 5.0% (spouse) 10/1/28 Bond | B | Interest | K | T | | | | | |
| 106. Virgin I. 5.0% (spouse) 10/1/30 Bond | C | Interest | L | T | Redeemed (part) | 10/01/18 | J | | |
| 107. Utility 5.00 12/15/27 (s) | B | Interest | L | T | Buy | 10/15/18 | L | | |
| 108. Utility Debt (spouse) 5.00 12/15/30 | A | Interest | K | T | Redeemed (part) | 10/01/18 | K | | |
| 109. JPMorgan Tax Free Bond VANTX self | A | Interest | K | T | | | | | |
| 110. VOO | B | Dividend | L | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Leval, Pierre N. | 08/01/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

\* This line reports only a transaction. The first line relating to this security reports income in Column B and year's end gross value in Column C.

\* \* This security was sold on various dates from 1/29/18 to 10/3/18.

\* \* \* This security, which bears interest at 5.75%, was mistakenly reported as bearing interest at 5.70% in my 2017 statement.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Pierre N. Leval**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544